UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Taquan Jaleel Graham**            **Docket No. 5:18-CR-283-1D**

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taquan Jaleel Graham, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 20, 2019, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Taquan Jaleel Graham was released from custody on March 12, 2021, at which time the term of supervised release commenced.

On April 2, 2021, a Violation Report was submitted to the court regarding the defendant's use of marijuana and cocaine. Supervision was continued.

On May 19, 2021, a Violation Report was submitted to the court regarding the defendant's use of cocaine. Supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 6, 2021, the defendant submitted a drug screen that was positive for cocaine and marijuana. Lab confirmation was received on May 20, 2021. The defendant has engaged in treatment and his therapist has recommended a psychological evaluation. In response to the positive drug test, supervision and drug testing will be increased. The probation office is requesting that the defendant's conditions of supervised release be modified to include mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

**Taquan Jaleel Graham**
**Docket No. 5:18-CR-283-1D**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

/s/ Arthur B. Campbell
Arthur B. Campbell
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: May 20, 2021

## ORDER OF THE COURT

Considered and ordered this **23** day of **May**, 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge