IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-283-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TAQUAN JALEEL GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion concerning his release date [D.E. 71] not later than April 1, 2022.

SO ORDERED. This 11 day of March, 2022.

JAMES C. DEVER III
United States District Judge