IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-283-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | ) **ORDER**<br>) |
| TAQUAN JALEEL GRAHAM, | )<br>) |
| Defendant. | ) |

On February 25, 2022, Taquan Jaleel Graham ("Graham" or "defendant") moved for a release date and for transfer to another BOP facility. See [D.E. 71]. On March 28, 2022, United States responded that Graham's release date is July 6, 2022 (see Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Taquan Jaleel Graham") (last visited Apr. 27, 2022)), and that the United States Marshals Service designated defendant for transfer to another facility. See [D.E. 73]. In light of defendant receiving a release date and designation for transfer to another facility, the court DISMISSES as moot defendant's motion [D.E. 71].

SO ORDERED. This 27 day of April, 2022.

JAMES C. DEVER III
United States District Judge